UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-01143-VAP (SPx) | Date | 10/24/2016 |
| Title | *Melody Armstrong v. Ruan Transport Corporation* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Sandra MacNeil |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Victoria B. RivaPalacio | Ellen M. Bronchetti |

**Proceedings:**    PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; [ECF 16]
SCHEDULING CONFERENCE

Matter called. Counsel make their appearance. Court issues a tentative ruling, hears oral argument and takes the matter under submission. Scheduling conference set this date is **taken off calendar** pending further order of the Court.

**IT IS SO ORDERED.**